UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER GRAY, JOCELYN PEARSON,<br>S.T.P., a minor, and C.A.G., a minor,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-2278 W (BLM)<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE [DOC. 25] AND TERMINATING MOTION TO APPOINT GUARDIAN *AD LITEM* [DOC. 14] AS MOOT** |

　　　Pending before the Court is Plaintiff The Prudential Insurance Company of America's ("Prudential") motion to dismiss under Federal Rule of Civil Procedure 41(a)(2). Having reviewed the motion and supporting declarations, and good cause appearing, the Court **GRANTS** the motion [Doc. 25] and **ORDERS** as follows:

　　　1.　　Prudential shall hold the $10,000.00 in death benefits due ("Death Benefit") as a result of the death of B.G.G., a minor (the "Decedent"), pursuant to group life insurance policy number G-32000 (the "SGLI Plan"), issued by Prudential to the United

1

States Department of Veterans Affairs pursuant to the Servicemembers' Group Life Insurance ("SGLI") statute, 38 U.S.C. § 1965 et seq., on behalf of Defendants S.T.P. and C.A.G., minors (each, a "Minor"), until the earlier of: (i) each Minor's attainment of the age of 18, (ii) pursuant to a guardianship order from a court of competent jurisdiction authorizing distribution to a lawfully-appointed guardian of the Minor's property or estate, or (iii) otherwise pursuant to court order, at which time Prudential will distribute $5,000.00, representing one-half of the Death Benefit, plus applicable interest, to each Minor, a lawfully-appointed guardian of the Minor's property or estate, or otherwise in accordance with court order;

    2.    Prudential shall be discharged of liability to Defendants Christopher Gray, Jocelyn Gray and the Minors (collectively, the "Defendants") in connection with the Death Benefit, interest thereon, and/or the Decedent's coverage under the SGLI Plan;

    3.    The Defendants are enjoined from asserting any claims, demands or cause of action against Prudential with respect to the Death Benefit, interest thereon, and/or the Decedent's coverage under the SGLI Plan; and

    4.    This action shall be **DISMISSED** in its entirety, **WITH PREJUDICE** and without fees or costs to any party.

In light of the foregoing, Prudential's motion to appoint a guardian *ad litem* [Doc. 14] is **TERMINATED** as moot.

    **IT IS SO ORDERED**.

Dated: October 4, 2022

_____
Hon. Thomas J. Whelan
United States District Judge